**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN NGUYEN,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>ONE FINANCE, INC.,<br><br>    Defendant - Appellee,<br><br>and<br><br>COINBASE, INC.,<br><br>    Defendant. | No. 25-4124<br><br>D.C. No. 2:24-cv-02818-ODW-JPR<br>Central District of California, Los Angeles<br><br>ORDER |
| JONATHAN NGUYEN,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>ONE FINANCE, INC.,<br><br>    Defendant - Appellant,<br><br>and<br><br>COINBASE, INC.,<br><br>    Defendant. | No. 25-4398<br><br>D.C. No. 2:24-cv-02818-ODW-JPR<br>Central District of California, Los Angeles |

On July 10, 2025, this court ordered appellant Nguyen to file either a motion for voluntary dismissal of appeal No. 25-4124 or a statement explaining why that appeal should not be dismissed for lack of jurisdiction, because the district court has not resolved the claims against defendant Coinbase, Inc. or otherwise issued an appealable order since the parties voluntarily dismissed prior appeal Nos. 25-1290 and 25-1292. *See* 28 U.S.C. § 1291

Appellant Nguyen's response to the July 10, 2025 order remains due July 31, 2025. No later than August 11, 2025, cross-appellant One Finance, Inc. must file either a motion for voluntary dismissal of appeal No. 25-4398 or a statement explaining why that appeal should not be dismissed for lack of jurisdiction. *See* 28 U.S.C. § 1291. Also by August 11, 2025, cross-appellant One Finance, Inc. may file a response to any statement that appeal No. 25-4124 should not be dismissed filed by appellant Nguyen. If cross-appellant One Finance, Inc. files a statement why appeal No. 25-4398 should not be dismissed, appellant Nguyen may file a response within 10 days.

If either party fails to comply with this order, the court will dismiss their respective appeal. See 9th Cir. R. 42-1.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT